Clerk Abel Acosta                               Sept 11, 2015

Court of Criminal Appeals

201 W. 14th St. RM 106

P.O. Box 12308 Austin Tx

            78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

RE: No 13-13-676-CR

        Trial Court No. 2012-DCR-2570-E

        Jose Santos Casas

        vs.

        The State of Texas

Dear Mr. Acosta:

        I'm writing to request an Itemized price list of Court Record or
Transcript, pertaining to this case or Information where to get it.
        I have written The Judge, DA, and County Clerk requesting a copy
of the Transcript, or Itemized list of the prices to purchase one at the 357th
district Court at Cameron County In Brownsville, Tx 78552 But have recei-
ved no response. I also wrote the Thirteenth Court of Appeals in Nueces Cou-
nty at Corpus Christi, but was told to contact the District Clerk at the 357th
Court which I had already attempted. Your help in this matter will be greatly
appreciated.
                Thank You!                        Jose Santos Casas # 1825447
Sincerely,  Jose Santos Casas                     Polunski Unit   19-Y-91
                Jose S. Casas                      3872 FM 350 S.
                                                   Livingston, Tx 77351